■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW REID, Appellant. [707 NYS2d 878] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 15, 1992 (*People v Reid,* 184 AD2d 668), affirming a judgment of the Supreme Court, Kings County, rendered June 20, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Santucci and Thompson, JJ., concur.